UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-00187-RJC

| | |
|---|---|
| BRANDON LEE GALLOWAY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 11).

For the reasons stated in the Plaintiff's Motion, and with Defendant's consent, the Motion is granted.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Dismiss, (Doc. No. 11), is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close this case.

Signed: February 6, 2019

Robert J. Conrad, Jr.
United States District Judge